UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY )
INSURANCE AND ANNUITY FUNDS, )
)
                                            Plaintiffs, )   Index # 07-CIV-7447 (CLB)
)
)   SATISFACTION
                                      -against- )   OF JUDGMENT
)
MAINTAIN-IT RESTAURANT AND BUILDING )
MAINTENANCE CORP. a/k/a MAINTAIN IT BUILDING & )
RESTORATION MAINTENANCE, )
)
                                         Defendant. )

---

    WHEREAS, a default judgment was entered in the above entitled action on October 10, 2007 in the United States District Court, Southern District of New York in favor of TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS and against MAINTAIN-IT RESTAURANT AND BUILDING MAINTENANCE CORP., et al. in the amount of $2,930.00, which Judgment was docketed on October 10, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

    AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, MAINTAIN-IT RESTAURANT AND BUILDING MAINTENANCE CORP.,

    AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

    THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: December 10, 2007

                                                                 BARNES, IACCARINO, VIRGINIA,
                                                                  AMBINDER & SHEPHERD, PLLC

Sworn to before me this
10th day of December, 2007                                 DANA L. HENKE, ESQ.
                                                                      Attorneys for Judgment Creditor
                                                                  258 Saw Mill River Road
                                                                  Elmsford, New York 10523
                                                                  (914)592-1515

Notary WENDELL V. SHEPHERD
Notary Public, State of New York
No. 31-4902931
Qualified in New York County
Commission Expires March 4, 2010